UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS JOHNSON,<br><br>　　　　　　　　Plaintiff<br>v.<br>WILLIAMS, et al.,<br><br>　　　　　　　　Defendants | Case No. 2:20-cv-00852-APG-DJA<br><br>SCREENING ORDER |

**I.　DISCUSSION**

On March 15, 2021, the Court issued an order screening Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. (ECF No. 10.) Because Plaintiff was no longer incarcerated, the screening order denied Plaintiff's application to proceed *in forma pauperis* for prisoners as moot and directed Plaintiff to file a fully complete application to proceed *in forma pauperis* for non-prisoners or pay the full filing fee of $400 by April 16, 2021. (*Id.* at 9.) The Court warned Plaintiff that this case would be dismissed without prejudice if he failed to comply with the Court's order. (*Id.*) Plaintiff has not filed a complete application to proceed *in forma pauperis* for non-prisoners, paid the filing fee, or otherwise responded to the Court's order.

In light of Plaintiff's *pro se* status, the Court will give Plaintiff a one-time extension to file a fully complete application to proceed *in forma pauperis* for non-prisoners or pay the full filing fee of $400 on or before June 11, 2021. Absent unusual circumstances, the Court will not grant any further extensions of time. If Plaintiff does not file a fully complete application to proceed *in forma pauperis* for non-prisoners or pay the full $400 filing fee on or before June 11, 2021, this case will be subject to dismissal without prejudice.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

1

IT IS FURTHER ORDERED that by June 11, 2021, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 11th day of May 2021.

_____
UNITED STATES MAGISTRATE JUDGE